IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES A. GEORGE, JR.,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2410
LT Case No. 2019-CF-978

Decision filed May 2, 2023

Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz,, Public Defender, and
Jane Almy, Assistant Public Defender,
Daytona Beach, for Appellant.

James A. George, Jr., Raiford, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Stephen R. Putnam,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT and MACIVER, JJ., concur.